MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

LORENZO HUGHES, II                Crim. No.: 96-CR-20004-01

On June 21, 2012, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) was/were heard in *Court on November 6, 2012*, and the Court made the following finding(s):

__X__ Guilty of violating condition(s) of supervision. No special conditions of supervision were added. All conditions imposed at the time of sentencing remain in effect.

Respectfully submitted,

_____
John D. Ade
Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this __21st__ Day of __November__, 2012.

_____
Robert H. Cleland
United States District Judge